Form SUM

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re:<br>Booker Theodore Wade, Jr. Debtor(s) | Bankruptcy Case No.: 13–50376<br>Chapter: 11 |
| Booker T. Wade Jr. Plaintiff(s)<br>vs.<br>David Hamerslough Defendant(s)<br>(See attachment for additional defendant(s)) | Adversary Proceeding No. 14–05061 |

## SUMMONS AND NOTICE OF TELEPHONIC STATUS CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> United States Bankruptcy Court
> 280 South First Street
> Room 3035
> San Jose, CA 95113

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Booker T. Wade Jr.
> 605 Forest Avenue
> Palo Alto, CA 94301

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference of proceeding commenced by filing of the complaint will be held at the following time and place.

| | |
|---|---|
| **DATE:** September 25, 2014 | **TIME:** 02:00 PM |
| **LOCATION: TELEPHONIC** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CANB.USCOURTS.GOV AND THE CLERK'S OFFICE. FOR REQUEST FOR PERSONAL APPEARANCE, REFER TO PARAGRAPH 5 OF THE ORDER SETTING TELEPHONIC STATUS CONFERENCE.**



For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Dated: 6/26/14

Angela Wong
Deputy Clerk

## CERTIFICATE OF SERVICE

I,_____(name), certify that service of this summons and

copy of the complaint was made _____(date) by:


☐ Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:


☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendent at:


☐ Residence Service: By leaving the process with the following adult as:


☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:


☐ Publication:The defendant was served as follows:[Describe briefly]


☐ State Law:The defendant was served pursant to the laws of State of _____,
as follows:[Describe briefly]


If service was made by personal service,by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.


Under penalty of perjury, I declare that the foregoing is true and correct.


Date _____     Signature_____

Print Name:_____

Business Address:_____

_____

**ADDITIONAL PLAINTIFFS/DEFENDANTS NOT LISTED ON THE FIRST PAGE**

Santa Clara County Superior Court, Defendant