

The following constitutes
the order of the court. Signed July 18, 2014

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>BOOKER THEODORE WADE, JR.,<br><br>  Debtor. | Case No. 13-50376-SLJ<br><br>Chapter 7<br><br>Adversary No. 14-5061-SLJ |
| BOOKER THEODORE WADE, JR.,<br><br>  Plaintiff,<br><br>vs.<br><br>DAVID HAMERSLOUGH and SANTA CLARA COUNTY SUPERIOR COURT,<br><br>  Defendants. | |

**ORDER DISMISSING ADVERSARY PROCEEDING**

On June 27, 2014, the court entered an Order and Notice of Unpaid Filing Fees in this Adversary Proceeding, which stated that Plaintiff must pay the filing fee within 14 days or the complaint may be dismissed for lack of prosecution. As of July 16, 2014, the filing fee has not

ORDER DISMISSING ADVERSARY PROCEEDING     1

been paid.  Therefore,

IT IS HEREBY ORDERED that this Adversary Proceeding is DISMISSED for lack of prosecution.

**\*\*\*\* END OF ORDER \*\*\*\***

Court Service List [by mail and ECF]

Booker T. Wade Jr.
605 Forest Avenue
Palo Alto, CA 94301

[ECF Notifications]