```
                        United States Bankruptcy Court
                        Northern District of California
```

Wade Jr.,
    Plaintiff

Adv. Proc. No. 14-05061-SLJ

Hamerslough,
    Defendant

## CERTIFICATE OF NOTICE

```
District/off: 0971-5          User: awong2              Page 1 of 1             Date Rcvd: Jul 18, 2014
                              Form ID: pdfeoapc         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2014.
pla      +Booker T. Wade Jr.,   605 Forest Avenue,   Palo Alto, CA 94301-2623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2014 at the address(es) listed below:
NONE.     TOTAL: 0

Entered on Docket
July 18, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed July 18, 2014

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>BOOKER THEODORE WADE, JR.,<br><br>Debtor. | Case No. 13-50376-SLJ<br><br>Chapter 7<br><br>Adversary No. 14-5061-SLJ |
| BOOKER THEODORE WADE, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID HAMERSLOUGH and SANTA CLARA COUNTY SUPERIOR COURT,<br><br>Defendants. | |

**ORDER DISMISSING ADVERSARY PROCEEDING**

On June 27, 2014, the court entered an Order and Notice of Unpaid Filing Fees in this Adversary Proceeding, which stated that Plaintiff must pay the filing fee within 14 days or the complaint may be dismissed for lack of prosecution. As of July 16, 2014, the filing fee has not

ORDER DISMISSING ADVERSARY PROCEEDING   1

been paid. Therefore,

IT IS HEREBY ORDERED that this Adversary Proceeding is DISMISSED for lack of prosecution.

**\*\*\*\* END OF ORDER \*\*\*\***

ORDER DISMISSING ADVERSARY PROCEEDING

| | |
|---|---|
| 1 | <u>Court Service List</u> [by mail and ECF] |
| 2 | |
| 3 | Booker T. Wade Jr.<br>605 Forest Avenue<br>Palo Alto, CA 94301 |
| 4 | |
| 5 | [ECF Notifications] |

ORDER DISMISSING ADVERSARY PROCEEDING         3